JACKSON ARCHITECTURAL IRON WORKS, Respondent, *v.* CHARLES BROADWAY ROUSS, Appellant.

(Argued March 18, 1892; decided April 12, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made

July 2, 1891, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John W. Boothby* for appellant.

*Carlisle Norwood* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.